# Exhibit A
**Summons and Complaint**

1503

RECEIVED
JUL - 8 2010
AT&T MOBILITY
LEGAL DEPARTMENT

# FORM OF COVER SHEET FOR COMPLAINT

Court of Common Pleas of Beaver County -
Civil Division

## Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Gerold Ray Miller | AT&T Mobility |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| 1225 Ohioview Drive<br>Industry, PA 15052 | 2704 Commerce Drive<br>Harrisburg, PA 17110 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| TOTAL NO. OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☒ Complaint<br>☐ Writ of Summons<br>☐ Notice of Appeal<br>☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | CASE TYPE | | |
|---|---|---|---|
| ☐ $25,000 or Less<br>☒ Over $25,000 | ☐ Motor Vehicle<br>☐ Medical Malpractice<br>☐ Other Professional Liability<br>☐ Product Liability<br>☒ Other Invasion of Privacy | ☐ Mortgage Foreclosure<br>☐ Ejectment<br>☐ Statutory Appeals<br>☐ Quiet Title | ☐ Partition<br>☐ Declaratory Judgment<br>☐ Replevin<br>☐ Asbestos<br>☐ Domestic Relations<br>☐ Divorce<br>☐ Custody |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: (or Pro Se Litigant)

Papers may be served at the address set forth below

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY (OR PRO SE LITIGANT) | | ADDRESS (SEE INSTRUCTIONS) |
|---|---|---|
| Gianni Floro, Esquire | | 935 Beaver Grade Road, Suite 6<br>Moon Township, PA 15108 |
| **PHONE NUMBER** | **FAX NUMBER** | **EMAIL ADDRESS** |
| (412) 264-6040 | (412) 264-2510 | gfloro84@comcast.net |
| **SIGNATURE** | **SUPREME COURT IDENTIFICATION NO.** | **DATE** |
| [signature] | 85837 | June 9, 2010 |

2010 JUN -9 P 1:53
FILED/ISSUED

IN THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA

GAROLD RAY MILLER,

Plaintiff,

v.

AT&T MOBILITY, LLC,
a corporation,

Defendant.

CIVIL DIVISION

No.: 11510 of 2009

**COMPLAINT IN CIVIL ACTION**

Filed on Behalf of the Plaintiff:

Garold Ray Miller

Gianni Floro, Esquire
PA ID No. 85837
Counsel for the Plaintiff
935 Beaver Grade Road, Suite 6
Moon Township, PA 15108
P: (412) 264-6040
F: (412) 264-2510
E: gfloro84@comcast.net

2010 JUN -9 P 1:53

A JURY TRIAL IS DEMANDED

IN THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA

GAROLD RAY MILLER

Plaintiff,

v.

AT&T MOBILITY, LLC,
a corporation,

Defendant.

CIVIL DIVISION

No.:

[Removal]

**NOTICE**

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL SERVICE - THE BEAVER COUNTY BAR ASSOCIATION

788 TURNPIKE STREET
BEAVER, PA 15009
TELEPHONE NUMBER: (412) 728-4888

## VERIFICATION

I hereby certify that I have read the foregoing Complaint in Civil Action, and that the statements made therein are true and correct to the best of my knowledge, information and belief. This statement and verification are made subject to the penalties of 18 Pa. C.S.A. Section 4904, relating to unsworn falsification to authorities, which provides that if I knowingly make false statements, I may be subject to criminal penalties.

Date: 06/09/2010

Gerold Ray Miller

IN THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA

GAROLD RAY MILLER, CIVIL DIVISION

No.:

Plaintiff,

v.

AT&T MOBILITY, LLC,
a corporation,

Defendant.

COMPLAINT IN CIVIL ACTION

AND NOW COMES THE PLAINTIFF, Garold Ray Miller, by and through his attorney, Gianni Floro, Esquire, and files the following Complaint in Civil Action, and in support thereof avers as follows:

1. Plaintiff, Garold Ray Miller (hereinafter, "Miller"), is an adult individual who at all relevant times resides at 1225 Ohioview Drive, Industry, Beaver County, Pennsylvania 15052. Miller is also employed as the Chief of Police for the Borough of Industry.

2. Defendant, AT&T Mobility, LLC (hereinafter, "AT&T"), is a corporation providing mobile telephone services that at all times acted by and through its agents, ostensible agents, servants, employees, and/or independent contractors, who in turn were acting within the scope of their employment and on behalf of Defendant AT&T Mobility, LLC, with offices located at 2704 Commerce Drive, Harrisburg, Dauphin County, PA 17110.

3. In the Spring of 2008, Miller's wife confronted him in regard to his communication(s) with a woman he had been communicating with relative to an

investigation of criminal case.

4. Miller denied having communicated with the woman in question, as he had known the woman growing up and had also dated her in high school, and he did not wish to alarm his wife. His wife insisted that he was lying, later revealing to him in the summer that she had been allowed access to his mobile phone records by the Defendant and its representative. His wife also revealed that the Defendant's representative conducted a number search on his records, in order for her to confirm her suspicions that he was communicating with this woman.

5. Subsequent to this confrontation, the relationship between Miller and his wife was severely burdened. In an effort to repair relations, Miller invited his wife out for a drink before dinner at a nearby road house.

6. Upon consuming alcohol, Miller's wife became violently ill, confessing that she had been troubled by her suspicions.

7. As the sole, direct, legal and proximate result of the Defendant's release of information, Miller endured great psychological pain and suffering, and will continue to endure such pain and suffering to his psyche; he also suffered and continues to suffer humiliation, shame, embarrassment, self-revulsion, damage to his self-esteem and self-worth, mental anguish, inconvenience, and also suffers a loss of life's enjoyment, especially with regard to his family.

COUNT I
INVASION OF PRIVACY
Garold Ray Miller v. AT&T Mobility, LLC

8. Paragraphs 1 through 7 are incorporated by reference, as fully as if they were set forth at length herein.

9. When Defendant corporation released Miller's telephone records to Miller's wife, Defendant corporation unreasonably intruded upon Plaintiffs' solitude and seclusion.

10. The intrusion of Dependant corporation upon the solitude and seclusion of Plaintiff's privacy demonstrates conduct that is highly offensive to a reasonable person.

11. As a further direct and proximate result of the incident herein, Plaintiff suffered harm to his interest in privacy, for which he is entitled to a recovery.

12. As a further direct and proximate result of the incident herein, Plaintiff suffered mental distress, for which he is entitled to a recovery.

13. Based upon the wanton, reckless and indifferent conduct of the Defendant corporation, the Plaintiff should be awarded punitive damages from the Defendant corporation because of the knowing, reckless and indifferent conduct to their privacy interests.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court enter judgment in his favor and against the Defendant in a sum in excess of twenty-five thousand dollars ($25,000.00), exclusive of interest, costs, and punitive damages and other damages recoverable under the law.

A JURY TRIAL IS DEMANDED

Respectfully submitted,

Gianni Floro, Esquire
Attorney for Plaintiff
935 Beaver Grade Road, Suite 6
Moon Township, PA 15108
P: (412) 264-6040
F: (412) 264-2510
E: gfloro84@comcast.net

6-28-2010 COMPLAINT
REINSTATED

[illegible signature]

2010 JUL -6 AM 8:34

 **Service of Process Transmittal**
07/07/2010
CT Log Number 516902163

**TO:** Jan Mendel
AT&T Mobility LLC
1025 Lenox Park Blvd
Atlanta, GA 30319-5309

RECEIVED
JUL - 8 2010
AT&T MOBILITY
LEGAL DEPARTMENT

**RE:** **Process Served in Pennsylvania**

**FOR:** AT&T Mobility LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Garold Ray Miller, Pltf. vs. AT&T Mobility, LLC, etc., Dft.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Cover Sheet, Notice, Verification, Complaint |
| **COURT/AGENCY:** | Beaver County, Court of Common Pleas, Beaver, PA<br>Case # 11510 of 2009 |
| **NATURE OF ACTION:** | Invasion of Privacy |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Harrisburg, PA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/07/2010 at 11:15 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days |
| **ATTORNEY(S) / SENDER(S):** | Gianni Floro<br>935 Beaver Grade Road<br>Suite 6<br>Moon Township, PA 15108<br>412-264-6040 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/07/2010, Expected Purge Date: 07/12/2010<br>Image SOP<br>Email Notification, Jan Mendel JM8875@att.com |
| **SIGNED:** | CT Corporation System |
| **PER:** | Sabra Dudding |
| **ADDRESS:** | 116 Pine Street<br>3rd Floor, Suite 320<br>Harrisburg, PA 17101 |
| **TELEPHONE:** | 717-234-6004 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.