# Exhibit B

**Declaration of Carolyn J. Wilder**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAROLD RAY MILLER, | |
| *Plaintiff,* | NO. _____ |
| v. | |
| AT&T MOBILITY LLC, | |
| *Defendant.* | |

## DECLARATION OF CAROLYN J. WILDER

Carolyn J. Wilder declares under the penalties of perjury and in lieu of an affidavit in accordance with 28 U.S.C. § 1746 that the following is true:

1. I am currently an Assistant Secretary of AT&T Mobility Corporation, the Manager of AT&T Mobility LLC.

2. I have first-hand knowledge regarding the citizenship status of AT&T Mobility LLC ("AT&T Mobility"), the Defendant in the above-captioned action.

3. AT&T Mobility is a limited liability company organized under the laws of Delaware with its principal place of business in Georgia. AT&T Mobility has five members: SBC Long Distance, LLC; SBC Alloy Holdings, Inc.; AT&T Mobility Corporation; BellSouth Mobile Data, Inc.; and New BellSouth Cingular Holdings, Inc.

4. SBC Long Distance, LLC, which is wholly owned by SBC Telecom, Inc., is a Delaware limited liability company with its principal place of business in Texas.

5. SBC Alloy Holdings, Inc. is a Delaware corporation with its principal place of business in Texas.

6. AT&T Mobility Corporation is a Delaware corporation with its principal place of business in Georgia.

7. BellSouth Mobile Data, Inc. is a Georgia corporation with its principal place of business in Georgia.

8. New BellSouth Cingular Holdings, Inc. is a Delaware corporation with its principal place of business in Georgia.

I declare under penalty of perjury that the foregoing is true and correct.

Carolyn J. Wilder

Date: July 27, 2010